IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONDREA VINNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-405 MJR |
| ) | |
| WARDEN HULICK, DR. FEINERMAN, and ) | |
| PAM GRUBMAN, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Currently pending before the Court is Plaintiff Mondrea Vinning's Motion for Court to Order Melody J. Ford to Produce Grievances and Incident Reports Related to this Incident (Doc. 37). Defendants Grubman and Hulick have filed an objection to Plaintiff's motion (Doc. 38).

In his motion, Plaintiff requests that the Court issue an order compelling Melody J. Ford and Warden Gaetz to provide him with access to his medical records and to provide copies of all grievances and incident reports in his file.

Neither Melody J. Ford or Warden Gaetz are parties to this lawsuit; the Court cannot require them to produce documents. Accordingly, Plaintiff's motion is **DENIED**.

Plaintiff is advised that he should seek copies of his records through internal prison procedures.

**IT IS SO ORDERED.**

**DATED: January 4, 2010**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**